

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lindsey G. Hooper,                           * From the County Court
                                               at Law of Taylor County,
                                               Trial Court No. 22550.

Vs. No. 11-14-00158-CV                       * August 7, 2014

EAN Holdings, LLC,                           * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has considered Lindsey G. Hooper's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Lindsey G. Hooper.